UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Linanel BROWN MADISON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-cv-40168-TSH |
| | ) | |
| Timothy CRUZ et al., | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS OF DEFENDANT
## SHERIFF KEVIN F. COPPINGER

Defendant Sheriff Kevin F. Coppinger respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the plaintiff's claims against him.

As grounds, Sheriff Coppinger incorporates his Memorandum in Support of His Motion to Dismiss (#37), filed contemporaneously with this motion. He also notes that this Court previously relieved him of the conference requirement of LR 7.1(A)(2). See #32.

WHEREFORE, Sheriff Coppinger respectfully requests that this Court dismiss the plaintiff's claims against him.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Eric A. Haskell*

September 7, 2018

Eric A. Haskell, BBO No. 665533
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02108
617-963-2855
eric.haskell@state.ma.us

**CERTIFICATE OF SERVICE**

      I certify that a copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing. I further certify that a copy of this document was served on the plaintiff by sending it to him via first class mail, at:

Mr. Linanel Brown Madison, W-109347
Souza-Baranowski Correctional Center
P.O. Box 8000
Shirley, Mass. 01464

                                                                 */s/ Eric A. Haskell*

September 7, 2018                                           Eric A. Haskell
                                                              Assistant Attorney General