UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| Linanel BROWN MADISON,<br>          Plaintiff,<br><br>     v.<br><br>Timothy CRUZ et al.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 17-cv-40168-TSH |

## MOTION TO DISMISS OF DEFENDANT
## FRANK MIDDLETON

Defendant Frank Middleton respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the plaintiff's claims against him.

As grounds, Middleton incorporates his Memorandum in Support of His Motion to Dismiss (#39), filed contemporaneously with this motion.  He also notes that this Court previously relieved him of the conference requirement of LR 7.1(A)(2).  See #32.

WHEREFORE, Middleton respectfully requests that this Court dismiss the plaintiff's claims against him.

                                                            Respectfully submitted,

                                                            MAURA HEALEY
                                                            ATTORNEY GENERAL

                                                            */s/ Eric A. Haskell*
                                                            _____
September 7, 2018                           Eric A. Haskell, BBO No. 665533
                                                            Assistant Attorney General
                                                            One Ashburton Place
                                                            Boston, Massachusetts  02108
                                                            617-963-2855
                                                            eric.haskell@state.ma.us

**CERTIFICATE OF SERVICE**

      I certify that a copy of this document will be sent electronically by the ECF system to attorneys of record identified on the Notice of Electronic Filing.  I further certify that a copy of this document was served on the plaintiff by sending it to him via first class mail, at:

    Mr. Linanel Brown Madison, W-109347
    Souza-Baranowski Correctional Center
    P.O. Box 8000
    Shirley, Mass. 01464

                                                          */s/ Eric A. Haskell*
                                                        _____
September 7, 2018                                       Eric A. Haskell
                                                    Assistant Attorney General