UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Linanel BROWN MADISON,<br>    Plaintiff,<br><br>v.<br><br>Timothy CRUZ et al.,<br>    Defendants. | Civil Action No. 17-cv-40168-TSH |

### AFFIDAVIT OF FRANK MIDDLETON
### IN SUPPORT OF HIS MOTION TO DISMISS

I, Frank Middleton, hereby depose and say:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I served as an Assistant District Attorney for Plymouth County between January 1992 and April 2015. For much of that time, approximately between, May 2003 and April of 2015, I served as the First Assistant District Attorney for Plymouth County.

I declare under penalty of perjury that the foregoing is true and correct.

                                                              _/s/ Frank Middleton_
                                                              Frank Middleton

September 7, 2018

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Linanel BROWN MADISON,<br>    Plaintiff,<br><br>v.<br><br>Timothy CRUZ et al.,<br>    Defendants. | Civil Action No. 17-cv-40168-TSH |

### AFFIDAVIT OF FRANK MIDDLETON
### IN SUPPORT OF HIS MOTION TO DISMISS

I, Frank Middleton, hereby depose and say:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I served as an Assistant District Attorney for Plymouth County between January 1992 and April 2015. For much of that time, approximately between, May 2003 and April of 2015, I served as the First Assistant District Attorney for Plymouth County.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Frank Middleton

September 7, 2018

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Linanel BROWN MADISON,<br>Plaintiff,<br><br>v.<br><br>Timothy CRUZ et al.,<br>Defendants. | Civil Action No. 17-cv-40168-TSH |

### AFFIDAVIT OF FRANK MIDDLETON
### IN SUPPORT OF HIS MOTION TO DISMISS

I, Frank Middleton, hereby depose and say:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2. I served as an Assistant District Attorney for Plymouth County between January 1992 and April 2015. For much of that time, approximately between, May 2003 and April of 2015, I served as the First Assistant District Attorney for Plymouth County.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Frank Middleton

September 7, 2018

1